No. 10–8817. GALLARDO *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 10–8826. SANCHES *v.* HEDGPETH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–8895. HALE *v.* FLORIDA PAROLE COMMISSION. Sup. Ct. Fla. Certiorari denied.

No. 10–8897. GRAY *v.* LARKINS, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 10–8898. IHSAN, AKA MAYWEATHER *v.* WILKINSON, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–8962. DUBBERLY *v.* BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–8992. FLORES, EXECUTRIX OF THE ESTATE OF FLORES, DECEASED *v.* FOX, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–8998. KRAUSE *v.* WENGLER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–9002. KING *v.* ARIZONA. Super. Ct. Ariz., County of Maricopa. Certiorari denied.

No. 10–9046. STANTON *v.* SALZBURG, ATTORNEY GENERAL OF WYOMING. C. A. 10th Cir. Certiorari denied.

No. 10–9055. COSCO *v.* LAMPERT, DIRECTOR, WYOMING DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Wyo. Certiorari denied.

No. 10–9064. BIGELOW *v.* FLORIDA PAROLE COMMISSION ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 10–9074. ELLIS *v.* BERKEBILE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–9082. WHITE *v.* MCDONALD, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.